# Order

Michigan Supreme Court
Lansing, Michigan

August 2, 2013

147438-9 & (10)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ANHEUSER-BUSCH, INCORPORATED,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC: 147438-9
COA: 316743; 316977
Court of Claims: 11-000085-MT

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 2, 2013



h0730

        Clerk